IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02560-MSK-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

THE ORIGINAL HONEYBAKED HAM COMPANY OF GEORGIA, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 30, 2011.**

    Before the Court is an Unopposed Motion to Intervene as Plaintiff Pursuant to Fed. R. Civ. P. 24(a)(1) filed by Wendy Cabrera [filed November 29, 2011; docket #7]. Ms. Cabrera claims to have an unconditional right to intervene in this action pursuant to 42 U.S.C. § 2000e-5(f)(1) ("The person or persons aggrieved shall have the right to intervene in a civil action brought by the Commission ...."). Having no objection to the motion and finding that Plaintiff's motion is timely filed, the Court **grants** Ms. Cabrera's motion to intervene as a plaintiff in this action. The Clerk of the Court is directed to file the Intervenor Complaint and Jury Trial Demand found at docket #7-1, and to amend the case caption accordingly.