IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02560-MSK-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

WENDY CABRERA,

      Intervenor Plaintiff,

v.

THE ORIGINAL HONEYBAKED HAM COMPANY OF GEORGIA, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 16, 2012**.

      The Joint Motion for Entry of Stipulated Protective Order [filed March 14, 2012; docket #47] is **granted**. The Stipulated Protective Order, as modified in paragraphs 5 and 6, is accepted and issued contemporaneously with this minute order.