**FILED**

APR 1 3 2012

[signature] CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

*Apr 13, 2012*

GREGORY C. LANGHAM, CLERK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>and<br><br>WENDY J. CABRERA,<br><br>    Plaintiff-Intervenor,<br><br>vs.<br><br>THE ORIGINAL HONEYBAKED HAM COMPANY OF GEORGIA, INC.,<br><br>    Defendant. | CIV. 12-mc-14<br><br>11-CV-02560-MSK-MEH<br>(pending in the District of Colorado)<br><br>ORDER OF REMITTANCE |

    Plaintiff filed a motion to quash and for a protective order relating to a third-party subpoena duces tecum served by defendant, or in the alternative for an order remitting plaintiff's motion to the District of Colorado for resolution. (Docket 1). Pursuant to Fed. R. Civ. P. 26(c) (advisory committee note) and as authorized by In re Digital Equipment Corporation, 949 F.2d 228 (8th Cir. 1991), the court finds the best interests of the parties are served if plaintiff's motion is remitted for resolution to the United States District Court for the District of Colorado in which the principal action is pending.

Accordingly, it is hereby

ORDERED that plaintiff's motion (Docket 1) is remitted for resolution to the United States District Court for the District of Colorado, the court in which the principal action is pending.

IT IS FURTHER ORDERED that the Clerk of Court shall promptly notify the Clerk of Court for the District of Colorado of the issuance of this order and all pleadings filed in the District of South Dakota.

Dated April 13, 2012.

BY THE COURT:

JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE