IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02560-MSK-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

     Plaintiff,

WENDY CABRERA,

     Intervenor Plaintiff,

v.

THE ORIGINAL HONEYBAKED HAM COMPANY OF GEORGIA, INC.,

     Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 1, 2012**.

     Before the Court is Plaintiffs' partially unopposed Motion for Ninety-Day Extension of Discovery and Dispositive Motion Deadlines [filed July 31, 2012; docket #135].  Plaintiffs do not demonstrate good cause for a lengthy 90-day extension at this stage; however, the Court finds good cause to grant a 60-day extension of the deadlines in this case.  Therefore, the Scheduling Order shall be modified as follows:

Discovery cutoff:                    October 31, 2012
Dispositive motions deadline:     November 30, 2012

The Court notes that this matter was filed more than ten months ago.  Accordingly, the Court will grant no further extensions of these deadlines absent a showing of exceptional cause.