IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02560-MSK-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

WENDY CABRERA,

    Intervenor Plaintiff,

v.

THE ORIGINAL HONEYBAKED HAM COMPANY OF GEORGIA, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 10, 2012**.

    Defendant's [Redacted] Motion to Compel Under Fed. R. Civ. P. 37 [filed September 6, 2012; docket #173] is **denied** as premature. Defendant neither sought, nor has the Court granted, permission for Defendant to file a redacted copy of the motion to compel filed under restriction at docket #172. Until the motion for restriction is adjudicated, the redacted copy of the motion is simply duplicative of a motion already filed. The Court will inform the parties if and/or when it requires a redacted copy of the motion to compel.