IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02560-MSK-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

WENDY CABRERA,

    Intervenor Plaintiff,

v.

THE ORIGINAL HONEYBAKED HAM COMPANY OF GEORGIA, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 11, 2012**.

    The Motion to Amend Plaintiff Intervenor Complaint and Jury Trial Demand to Plead State Law Exemplary Damages [filed September 10, 2012; docket #178] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A,[1] which states,

> The court will not consider *any motion*, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

(emphasis added). The Court reminds the parties of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).

    Ms. Cabrera may re-file her motion in accordance with this order on or before September 14, 2012.

---

[1] This Court's August 27, 2012 order granting in part Ms. Cabrera's motion for an extension of time within which to file the present motion does not relieve Ms. Cabrera of her obligation to comply with D.C. Colo. LCivR 7.1A.