IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**   11-cv-02560-MSK-MEH | **FTR – Courtroom A501** |
| **Date:**   November *6*, 2012 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Iris Halpern<br>Sean Ratliff |
| Plaintiff, | |
| v. | |
| WENDY J. CABRERA, | Kent Eichstadt |
| Intervenor Plaintiff, | |
| v. | |
| THE ORIGINAL HONEYBAKED HAM COMPANY<br>OF GEORGIA, INC., | Angelo Spinola<br>Benson Pope<br>Danielle Kitson |
| Defendant. | |

## *AMENDED* COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**   11:07 a.m.

The Court calls case.  Appearances of counsel.  Mr. Spinola appears by telephone.

The Court advises counsel that he is considering appointing a special master at Defendant's expense on the issues of social media, e-mails, and texts.  Discussion held regarding appointment of a special master.

Argument and discussion regarding Defendant's Motion to Compel under Fed. R. Civ. P. 37 [Doc. 177 (Doc. 172 sealed), filed 9/6/12].

Discussion held regarding re-opening Wendy Cabrera's deposition.

The Court takes the motion under advisement.

**Court in recess:**   1:04 p.m.   (Hearing concluded)
Total time in court:   1:57