IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02560-MSK-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

WENDY CABRERA,

    Intervenor Plaintiff,

v.

THE ORIGINAL HONEYBAKED HAM COMPANY OF GEORGIA, INC.,

    Defendant.

## **AMENDED ORDER ON MOTION TO COMPEL**

**Michael E. Hegarty, United States Magistrate Judge.**

On November 7, 2012, the Court issued its order [docket #241] disposing of Defendant HBH's Motion to Compel under Fed. R. Civ. P. 37 [docket #177 (sealed docket #172)]. That order is hereby amended to replace the appointment of a Special Master with the designation of Mr. Wojtusik, the EEOC Litigation Support Manager, who will conduct the same duties as the Special Master, at the cost of the EEOC (utilizing outside vendors as necessary). Further, the parties will collaborate to provide Mr. Wojtusik instructions he is to follow in his task of downloading social media and text messages and providing the same to the Court. Defendant may designate a person to travel to Mr. Wojtusik's place of employment and observe a demonstration of the manner in which he will carry out this Amended Order and the Court's November 7, 2012 Order. All other relevant aspects of the Court's November 7, 2012 Order remain in place.

Dated at Denver, Colorado, this 14th day of November, 2012.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge