IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02560-MSK-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

WENDY J. CABRERA,

    Intervenor Plaintiff,

v.

THE ORIGINAL HONEYBAKED HAM COMPANY OF GEORGIA, INC.,

    Defendant.

## ORDER

The parties in this suit agree that some discovery concerning interested claimants' use of social media sites is appropriate. I have previously directed the parties to propose to me a questionnaire to provide to the claimants for purposes of streamlining this discovery. The parties have proposed a questionnaire and have agreed on some aspects of it, but not others. Appended to this Order is a questionnaire which reflects my decisions concerning any disputed areas. The EEOC is directed to provide the questionnaire to the claimants, and the claimants are to answer and execute the questionnaire and return it to the EEOC on or before January 31, 2013, consistent with the discussion in open court on January 7, 2013. The EEOC shall identify to the Court and to the Defendant on or before January 31, 2013, the names (if any) of claimants who do not agree to respond to the questionnaire.

SO ORDERED.

Dated and entered at Denver, Colorado, this 9th day of January, 2013.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:11-cv-02560-MSK-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

WENDY J. CABRERA,

    Intervenor Plaintiff,

v.

THE ORIGINAL HONEYBAKED HAM COMPANY OF GEORGIA, INC.,

    Defendant.

---

## QUESTIONNAIRE

---

I, _____, declare:

1. I make this Declaration based on my personal knowledge. I understand that, by signing this Declaration, I am certifying that I am providing true, correct, complete, and accurate information under penalty of perjury under the laws of the United States of America.

2. From January 1, 2009 to the present, I have owned or had in my possession the following cell phones that I used to send or receive text messages [provide the brand name and model for each cell phone] [if none, so indicate]:

   _____

   _____

3.  For each cell phone identified in Question No. 2 above, the following telephone numbers were associated with the phone:

    _____

    _____

4.  For each cell phone identified in Question No. 2 above, I **have/have not** [circle one] synched or backed up the cell phone to a computer [provide the computer brand name and model for each cell phone synched or backed up]:

    _____

    _____

5.  Of the cell phones identified in Question No. 2 above, I found all of the cell phones still in my possession, custody, or control and provided them to the EEOC:

    Yes _____ No _____   If your answer is "No," please explain:

    _____

    _____

6.  Of the cell phones identified in Question No. 2 above, I have found all SIM cards associated with the phones still in my possession, custody, or control and provided them to the EEOC:  Yes____   No ____

7.  For any cell phones or SIM cards that I was unable to provide to the EEOC, I made the following efforts to find and provide them:

    _____

    _____

    _____

_____

8. I **did/did not** delete [circle one] any of the following types of text messages between January 1, 2009 and September 29, 2011 [for any types of text messages deleted, circle the types of text messages below]:

   a. Texts discussing this lawsuit;

   b. Texts discussing my work at HoneyBaked Ham such as complaints or communications about managers, working conditions, harassment, or retaliation, or communications about my job duties, performance, how I felt about working for HoneyBaked Ham, or the reasons surrounding my severance from HoneyBaked Ham;

   c. Texts including texts between myself and Donna Wagner-Rago, James (Jimmy) Jackman, and/or Alex (Long) Armstrong; and/or

   d. Texts discussing my job search efforts.

9. Other than those exchanged with the legal representatives of the EEOC or my private attorney, I **did/did not** delete [circle one] any of the following types of text messages between September 29, 2011 and the present [for any types of text messages deleted, circle the types of text messages below]:

   a. Texts discussing this lawsuit;

   b. Texts discussing my work at HoneyBaked Ham such as complaints or communications about managers, working conditions, harassment, or retaliation, or communications about my job duties, performance, how I felt about working for HoneyBaked Ham, or the reasons surrounding my severance from HoneyBaked Ham;

      c.      Texts including texts between myself and Donna Wagner-Rago, James (Jimmy) Jackman, and/or Alex (Long) Armstrong; and/or

      d.      Texts discussing my job search efforts.

10. For each cell phone identified in response to Question No. 2 above, you are required by a Court Order to disclose any user names and passwords to a neutral third-party appointed by the Court to conduct a search of the cell phone. Do you agree to provide this user name and password information to the third party vendor appointed by the Court? **Agree / Do Not Agree** [circle one]

11. I further agree to identify to the individual appointed by the Court any text messages that I exchanged with the following persons:

      a.      Alex ("Long") Armstrong

      b.      James ("Jimmy") Jackman

      c.      Donna Wagner-Rago

12. From January 1, 2009 to the present, I have used the following social media websites (for instance, Facebook, Twitter, LinkedIn, Google+, MySpace, etc.), if any:

_____

_____

_____

13. For each social media website phone identified in response to Question No. 12 above, you are required by a Court Order to disclose any user names and passwords to a neutral third-party appointed by the Court to conduct a search of social media. Do you agree to provide this user name and password information to the third party vendor appointed by the Court? **Agree / Do Not Agree** [circle one]

4

14. During the time period from January 1, 2009 through September 29, 2011, I **did/did not** delete [circle one] any of the following types of social media posts or messages made to my own social media account pages [for any types of social media posts or messages deleted from your own social media account pages, circle the types of the posts or messages below]:

   a.   Posts or messages discussing this lawsuit;

   b.   Posts or messages discussing my work at HoneyBaked Ham such as complaints or communications about managers, working conditions, harassment, or retaliation, or communications about my job duties, performance, how I felt about working for HoneyBaked Ham, or the reasons surrounding my severance from HoneyBaked Ham;

   c.   Posts or messages including posts between myself and Donna Wagner-Rago, James (Jimmy) Jackman, and/or Alex (Long) Armstrong; and/or

   d.   Posts or messages discussing my job search efforts.

15. During the period from September 29, 2011 and the present, and excluding communications exchanged with the legal representatives of the EEOC or my private attorney, I **did/did not** delete [circle one] any of the following types of social media posts or messages made to my own social media account pages [for any types of social media posts or messages deleted from my own social media account pages, circle the types of the posts or messages below]:

   a.   Posts or messages discussing this lawsuit;

   b.   Posts or messages discussing my work at HoneyBaked Ham such as complaints or communications about managers, working conditions,

        harassment, or retaliation, or communications about my job duties, performance, how I felt about working for HoneyBaked Ham, or the reasons surrounding my severance from HoneyBaked Ham;

   c.   Posts or messages including posts between myself and Donna Wagner-Rago, James (Jimmy) Jackman, and/or Alex (Long) Armstrong; and/or

   d.   Posts or messages discussing my job search efforts.

16.   From January 1, 2009 to the present, I have used the following personal e-mail addresses [if none, so indicate]:

_____

_____

_____

17.   For each personal e-mail address identified in response to Question No. 16 above, you are required by a Court Order to disclose any user names and passwords for the e-mail account to a neutral third-party appointed by the Court to conduct a search of e-mail accounts. Do you agree to provide this user name and password information to the third party vendor appointed by the Court? **Agree / Do Not Agree** [circle one]

18.   I **did/did not** delete [circle one] any of the following types of e-mails between January 1, 2009 and September 29, 2011 [for any types of e-mails deleted, circle the types of the e-mails below]:

   a.   E-mails discussing this lawsuit;

   b.   E-mails discussing my work at HoneyBaked Ham such as complaints or communications about managers, working conditions, harassment, or retaliation, or communications about my job duties, performance, how I felt

6

about working for HoneyBaked Ham, or the reasons surrounding my severance from HoneyBaked Ham;

    c.    E-mails including e-mails between myself and Donna Wagner-Rago, James (Jimmy) Jackman, and/or Alex (Long) Armstrong; and/or

    d.    E-mails discussing my job search efforts.

19. Since January 1, 2009, have you ever hosted a blog on the internet? If so, please provide the URL address and any passwords necessary to access the blog.

20. Besides any social media sites, email accounts, or blogs that you have mentioned in response to any of the questions 1-19, have you at any time since January 1, 2009 posted any comments on line (including in a web blog or other internet forum available for posting comments, pictures, etc.) about:

    a.    This lawsuit;

    b.    Your work at HoneyBaked Ham, including your job duties, working conditions, performance, your feelings about working at HoneyBaked Ham, complaints or comments about managers, harassment, or retaliation, and/or the reasons surrounding your separation from HoneyBaked Ham; or

    c.    Donna Wagner-Rago, James (Jimmy) Jackman, and/or Alex (Long) Armstrong?

____Yes ____No.    If your answer is "Yes," please provide the name of the website or blog on which you posted, and any usernames or passwords necessary to access the post.

21. For any web blog or other internet forum identified in Question Nos. 19-20 over which you have or had any control over content and preservation, you **did/did not**

7

delete [circle one] any posts or messages between January 1, 2009 and September 29, 2011 concerning the topics identified in Question 20, (a), (b) or (c)? If you did delete, please describe:

_____

_____

_____

**I have read this Declaration, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true, complete, and correct.**

Executed this _____ day of _____, 2013.

                                                          _____

                                                          Signature

                                                          _____

                                                          Printed Name