IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**   11-cv-02560-MSK-MEH | FTR – Courtroom A501 |
| **Date:**   January 14, 2013 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Iris Halpern |
| | Sean Ratliff |
| Plaintiff, | William Moench |
| v. | |
| WENDY J. CABRERA, | Kent Eichstadt |
| Intervenor Plaintiff, | |
| v. | |
| THE ORIGINAL HONEYBAKED HAM COMPANY | Benson Pope |
| OF GEORGIA, INC., | Danielle Kitson |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**   9:21 a.m.

The Court calls case. Appearances of counsel by telephone.

Discussion regarding the status of the case, the EEOC's Motion for Protective Order Precluding the Deposition of Lowell Pate (Doc. #254, filed 11/30/12), dispositive motion deadline, setting additional status conferences, and Defendant's request to take a 30(b)(6) deposition.

The Court will not reset the dispositive motion deadline at this time.

**ORDERED:**   1.   A Telephonic Status Conference is set for **January 28, 2013, at 9:00 a.m.** Counsel are directed to first conference together and then contact the Court's chambers at (303)844-4507 at the time of the hearing.

2.   The EEOC's Motion for Protective Order Precluding the Deposition of Lowell Pate (Doc. #254, filed 11/30/12) is DENIED as stated on the record. Defendant will be permitted to take the deposition of Lowell Pate. The deposition shall not exceed four (4) hours and **shall be completed by**

**January 28, 2013.**

| | |
|---|---|
| 9:37 a.m. | Off the record to hear other matters. Counsel directed to call the Court's chambers in 10 minutes to continue the status conference. |
| 10:13 a.m. | On the record. |

Discussion regarding EEOC Motion for Protective Order as to Defendant's Notice of 30(b)(6) Deposition (Doc. 259, filed 12/10/12) and Defendant's response to the motion (Doc. 287, filed 1/10/13).

**ORDERED:** Plaintiff's reply to Defendant's response to EEOC Motion for Protective Order as to Defendant's Notice of 30(b)(6) Deposition (Doc. 259, filed 12/10/12) shall be filed on or before **January 18, 2013, by 10:00 a.m.**

Discussion regarding medical and employment records not yet produced by Plaintiff to Defendant. Counsel for Defendant anticipate filing a motion to compel or to re-open discovery as to depositions.

**Court in recess:**   10:19 a.m.   (Hearing concluded)
Total time in court:   00:22