IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 11-cv-02560-MSK-MEH | **FTR – Courtroom A501** |
| **Date:** January 17, 2013 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Iris Halpern |
| | Sean Ratliff |
| Plaintiff, | |
| v. | |
| WENDY J. CABRERA, | Kent Eichstadt |
| Intervenor Plaintiff, | |
| v. | |
| THE ORIGINAL HONEYBAKED HAM COMPANY OF GEORGIA, INC., | Benson Pope |
| | Danielle Kitson |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**   3:06 p.m.

The Court calls case. Appearances of counsel by telephone.

Discussion regarding the status of the case, dispositive motion deadline, setting additional status conferences, topics and time allowed for Lowell Pate's deposition, Defendant's request to take a 30(b)(6) deposition and topics allowed, and the Motion for Stay of Discovery by Intervenor Plaintiff (Doc. 292, filed 1/17/13).

**ORDERED:**   Counsel shall file a joint supplement to the EEOC Motion for Protective Order as to Defendant's Notice of 30(b)(6) Deposition (Doc. 259, filed 12/10/12), identifying the remaining topics.

**ORDERED:**   As stated on the record, the Motion for Stay of Discovery by Intervenor Plaintiff (Doc. 292, filed 1/17/13) is GRANTED in part, to the extent that the Court will enter a stay of discovery until all the social media information is received, and held in abeyance in part. Ms. Cabrera's tax returns requested by Defendant shall be produced by for *in camera* review.

Plaintiff again requests a complete employee list for District 8, which was previously denied by the Court, and the request is DENIED.

**Court in recess:**     3:45 p.m.      (Hearing concluded)
Total time in court:    00:39