IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 11-cv-02560-MSK-MEH | **FTR – Courtroom A501** |
| **Date:** February 21, 2013 | Cathy Pearson, Courtroom Deputy |

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Iris Halpern |
| | William Moench |
| Plaintiff, | |
| v. | |
| WENDY J. CABRERA, | Kent Eichstadt (by phone) |
| Intervenor Plaintiff, | |
| v. | |
| THE ORIGINAL HONEYBAKED HAM COMPANY | Benson Pope (by phone) |
| OF GEORGIA, INC., | Danielle Kitson |
| | Katherine Hinde |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC ORAL ARGUMENT**

**Court in session:**    3:02 p.m.

The Court calls case.  Appearances of counsel by telephone.

Argument and discussion regarding Defendant HBH's Motion for Sanctions Under Fed. R. Civ. P. 37 against Plaintiff EEOC for Failure to Comply in Good Faith with the Court's Order (Doc. 267, filed 12/12/12).

Discussion regarding an extension of time for Defendant to file a response to Plaintiff's brief regarding apportionment of costs and the status of the questionnaires.

**ORDERED:**  1.  Defendant's response to Plaintiff's brief regarding apportionment of costs is due **by 12:00 p.m. (noon) on February 25, 2013.**

2.  Plaintiff shall provide copies of the 13 questionnaires to Defendant **by 12:00 p.m. (noon) on February 22, 2013.**

Discussion regarding Plaintiff EEOC's Motion for Reconsideration of Costs (Doc. 325, filed 2/20/13) and further argument and discussion regarding Defendant HBH's Motion for Sanctions Under Fed. R. Civ. P. 37 against Plaintiff EEOC for Failure to Comply in Good Faith with the Court's Order (Doc. 267, filed 12/12/12).

**ORDERED:** Defendant HBH's Motion for Sanctions Under Fed. R. Civ. P. 37 against Plaintiff EEOC for Failure to Comply in Good Faith with the Court's Order (Doc. 267, filed 12/12/12) is taken under advisement.

**Court in recess:**     4:05 p.m.     (Hearing concluded)
Total time in court:     1:07