IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02560-MSK-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

   Plaintiff,

WENDY CABRERA,

   Intervenor Plaintiff,

v.

THE ORIGINAL HONEYBAKED HAM COMPANY OF GEORGIA, INC.,

   Defendant.

## ORDER ON MOTION FOR RECONSIDERATION

**Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is Plaintiff EEOC's Motion for Reconsideration of Costs [filed February 20, 2013; docket #325]. Plaintiff seeks to be relieved from the burden of responsibility for all of the costs associated with the work of the Special Master in this case. I previously entered an Order that the parties would split the costs evenly. I have now entered a supplemental Order that indicates I will address apportionment of the Special Master's costs after the conclusion of Special Master BlueStar's work in this case. The only aspects of my previous order that have changed are that (1) the EEOC, which is the contracting party with the Special Master, will pay the Special Master's costs in the first instance, with costs to be apportioned between the parties thereafter; and (2) there is no longer a presumption that the costs will be split evenly, but rather, I will equitably apportion costs with no preconceived target, after the work of the Special Master is complete.

For this reason, the Motion for Reconsideration is **denied without prejudice**.

Dated and entered this 27th day of February, 2013, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge