IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:11-cv-02560-MSK-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,
and

WENDY J. CABRERA,

        Intervenor Plaintiff,

v.

THE ORIGINAL HONEYBAKED HAM COMPANY OF GEORGIA, INC.,

        Defendant.

---

**AFFIDAVIT OF DANIELLE KITSON IN SUPPORT OF
DEFENDANT HBH'S MOTION FOR ATTORNEYS' FEES**

---

I, Danielle Kitson, declare as follows:

    1.    I have personal knowledge of the matters set forth in this Affidavit, with the exception of certain facts set forth below that I assert on the basis of an informed belief. If called to testify under oath, I could do so truthfully and competently.

    2.    I submit this Affidavit pursuant to D.C.COLO.LCivR 54.3, and this Court's February 27, 2013 Order granting HBH attorneys' fees and costs. As relevant here, the Order awarded HBH its "reasonable attorney's fees and costs expended in bringing [HBH's Motion for Sanctions]." This Affidavit outlines the reasonable attorneys' fees and costs associated with that Motion (Doc. No. 267).

3. I am one of the lead trial attorneys for Defendant The Original HoneyBaked Ham Company of Georgia, Inc. in this litigation. Shareholder Angelo Spinola is lead counsel. Associates Benson Pope and Katherine Hinde also assisted in preparing and prosecuting HBH's Motion for Sanctions.

4. The descriptions of the work performed on behalf of HBH, as described in this Affidavit, are true and correct to the best of my knowledge.

5. I am a graduate of Northwestern University School of Law. I graduated in 2002, and I am admitted to the bars of the State of Colorado (2002), and the State of Nebraska (2007). I am admitted to practice before the Tenth Circuit Court of Appeals (2002) and the United States District Court for the District of Colorado (2002).

6. I am currently a Shareholder at Littler Mendelson, P.C. Littler Mendelson is a national firm of over 950 lawyers practicing in over 55 offices, and enjoying a reputation as the largest firm in the country that focuses its practice exclusively in the areas of labor and employment law. Prior to joining Littler Mendelson, I was the primary in-house legal advisor to the Senior Vice President of Human Resources at a major national railway company. Prior to that, I was an associate at the Denver office of Gibson, Dunn & Crutcher, LLP.

7. I have focused my practice on labor and employment law since graduating from law school. I have handled class action and single plaintiff employment discrimination and wrongful discharge cases in Colorado and many other states across the country. I have also served as lead counsel in representing employers in other areas of employment litigation, including ERISA benefits litigation and non-compete and trade secrets matters.

8.	Angelo Spinola is a Shareholder at Littler Mendelson who supervised the prosecution of the Motion for Sanctions as lead counsel.  I am informed that he is a graduate of the George Washington School of Law, Class of 1999.  He is admitted to the state bar in Georgia (1999).  I understand that Mr. Spinola has practiced law in the Atlanta, Georgia office of Littler Mendelson since 2006.  Prior to joining Littler Mendelson, Mr. Spinola practiced law at Morris, Manning, and Martin, and Jackson Lewis.  Mr. Spinola has a national reputation for assisting employers in litigation matters and regularly represents employers in collective and class actions.

9.	Benson Pope is an Associate at Littler Mendelson who assisted and participated at the oral argument on HBH's Motion for Sanctions.  I am informed that he is a graduate of the University of Georgia School of Law, Class of 2003.  He is admitted to the state bar in Georgia (2003).  Mr. Pope has practiced law in the Atlanta, Georgia office of Littler Mendelson since 2007.  Prior to joining Littler Mendelson, Mr. Pope practiced law in the Atlanta area.

10.	Katherine Hinde is an Associate who assisted with the reply briefing and oral argument for HBH's Motion for Sanctions.  I am informed that she is a graduate of the University of Colorado School of Law, Class of 2011.  She is admitted to practice in Colorado (2011).  Ms. Hinde has practiced law in the Denver office of Littler Mendelson since December 2012.  Prior to joining Littler Mendelson, Ms. Hinde was a law clerk for the Honorable R. Brooke Jackson at the United States District Court for the District of Colorado.

11. Karin Elsen is a senior paralegal who assisted with HBH's Motion for Sanctions. I am informed that she has been a litigation paralegal since 1983. Ms. Elsen has a Bachelor of Arts degree and a paralegal certificate.

12. All of the individuals identified above, including myself, have followed time-keeping and billing practices on this case similar to the time-keeping and billing practices that Littler Mendelson follows on virtually every other case. Timekeepers record their working time on an ongoing and current basis. On a monthly basis, Littler Mendelson's accounting department reviews and collates contemporaneous records and prepares itemized monthly statements which set forth all time spent on a case, by attorney or paralegal and by description of task, during the month in connection with which the bill is being prepared. The bill mailed to the client sets forth the charges for fees incurred and requests reimbursement for disbursements made.

13. My time has been billed at a rate of $310 per hour in 2012; and $335 per hour in 2013 (reflecting my elevation to the position of Shareholder effective January 1, 2013, as well as a regular annual rate increase). Mr. Spinola's time has been billed at a rate of $385 per hour in 2012; and $400 per hour in 2013 (reflecting a regular annual rate increase). Mr. Pope's time has been billed at a rate of $300 per hour in 2013. Ms. Hinde's time has been billed at a rate of $235 per hour in 2013. Ms. Elsen's time has been billed at a rate of $200 per hour in 2012; and $210 per hour in 2013 (reflecting a regular annual rate increase).

14. I am generally familiar with the billing rates and billing practices followed in Denver, Colorado by legal professionals having experience comparable to my own and the other billing professionals involved in the defense of this case. The hourly billing

4

rates that Littler Mendelson has charged on this motion are reasonable and comparable to the billing rates charged by Denver, Colorado legal professionals of similar experience for work on cases similar to this case.

15. To ensure that the fees billed to HBH were reasonable, Littler Mendelson allocated work among the legal team in accordance with attorneys' and para-professionals' respective levels of experience and billing rates.  Further, Littler Mendelson exercised considerable billing discretion by writing off any time it considered to be excessive or unwarranted.  Further, Littler Mendelson has omitted from its fee motion significant time billed by three associates (Benson Pope, Laura Vogel, and Tasha Inegbenebor) on miscellaneous legal research and drafting tasks for the Motion for Sanctions, as well as significant time billed by a document clerk (Jenni Pyles) supporting Ms. Elsen.

16. As set forth in the billing records attached to this Affidavit as Exhibit A-1, the total fees incurred in connection with HBH's Motion for Sanctions, after the reductions described above were made, is Twenty-Two Thousand Seventy-Nine Dollars and No Cents ($22,079.00).

FURTHER, THE AFFIANT SAYETH NAUGHT.

I hereby declare under penalty of perjury that the foregoing Affidavit is true and correct.

Dated this 8th day of March, 2013

*s/ Danielle L. Kitson*

STATE OF COLORADO   )
                                            ) ss
COUNTY OF DENVER   )

Subscribed and sworn to before me by Danielle L. Kitson this 8th day of March, 2013.

My Commission Expires: February 17, 2017

*s/ Gale S. Antczak*
Gale S. Antczak
State of Colorado Notary
ID 19894002168